

# Fourth Court of Appeals
## San Antonio, Texas

December 20, 2023

No. 04-23-01050-CV

**IN RE Brandon LATIKER and Builders FirstSource-South Texas, L.P.**

Original Proceeding[1]

**ORDER**

On December 5, 2023, relators filed a petition for writ of mandamus. However, relators filed a motion to dismiss the mandamus proceeding claiming the dispute has been resolved with the real party in interest through a Rule 11 agreement.

Accordingly, we GRANT the motion to dismiss, and this mandamus proceeding is DISMISSED AS MOOT. Costs are assessed against relators.

It is so **ORDERED** on December 20, 2023.

Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of December, 2023.

Michael A. Cruz, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2022CI00737, styled *Jerome T. Johnson v. Brandon Latiker and Builders FirstSource-Texas Group, L.P. d/b/a Builders FirstSource, Builders FirstSource – South Texas, L.P.*, pending in the 57th Judicial District Court, Bexar County, Texas, the Honorable Antonia Arteaga presiding. Respondent, the Honorable Rosie Alvarado, however, signed the order at issue in this mandamus.